IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Marlene Lambright, :

    Plaintiff, :

v. : Case No. 2:07-cv-0274
JUDGE SARGUS
Michael D. Brogan, et al., : MAGISTRATE JUDGE KEMP

    Defendants. :

## ORDER

Plaintiff has objected to a Report and Recommendation that this case be dismissed for lack of jurisdiction. The objections do not address the fact that plaintiff and defendants are all citizens of Ohio, which is why this federal court has no jurisdiction to hear her claims. The objections are OVERRULED, and the Report and Recommendation is ADOPTED. Plaintiff's request for leave to proceed *in forma pauperis* is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. The Clerk is directed to mail a copy of the complaint, the Report and Recommendation, and this order to the defendants.

Date: 8-9-2007

Edmund A. Sargus, Jr.
United States District Judge